**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CRAZY HORSE TOO GENTLEMEN'S CLUB, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:15-cv-01656-LDG-GWF |
| vs. | ) ) | **ORDER** |
| CITY OF LAS VEGAS, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

A Stipulation and Order Staying Litigation 90 Days (#36) was granted on February 8, 2016, which concluded on May 8, 2016.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **May 17, 2016**.

DATED this 10th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge