# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CRAZY HORSE TOO GENTLEMEN'S CLUB, LLC, *et al.*,

    Plaintiffs,

vs.

CITY OF LAS VEGAS, *et al.*,

    Defendants.

Case No. 2:15-cv-01656-LDG-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion to Withdraw as Counsel for Craig Franze (ECF No. 41), filed on November 27, 2017. Luke Lirot, Esq. requests that he be removed as attorney of record for Plaintiff Craig Franze. Counsel indicates that William H. Brown, Esq. will continue to represent Plaintiff. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw as Counsel for Craig Franze (ECF No. 41) is **granted**.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Luke Lirot, Esq. from the CM/ECF service list in this case.

    DATED this 13th day of December, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge