UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRAIG FRANZE,<br><br>                  Plaintiff,<br><br>   v.<br><br>CITY OF LAS VEGAS, *et al.*,<br><br>                  Defendants. | Case No. 2:15-cv-01656-LDG-GWF<br><br>**ORDER** |

On February 8, 2016, the Court granted the parties' stipulation to stay litigation for 90 days. *See* ECF No. 36. On May 10, 2016, the Court instructed the parties to file a status report and on May 17, 2016, the parties filed their joint interim status report requesting that the Court issue an amended scheduling order. ECF Nos. 37, 38. On July 20, 2016, Plaintiffs Crazy Horse Too Gentlemen's Club LLC and Mike Galam and Defendants City of Las Vegas Department of Planning, Business Licensing Division and Karen Duddlesten filed their stipulation to dismiss with prejudice. On July 22, 2016, the Court granted their stipulation to dismiss.

The remaining parties are instructed to file a joint status report specifying what needs to be completed in this matter or a stipulation and order to dismiss including all remaining parties no later than **July 9, 2018**. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a joint status report or a stipulation and order to dismiss no later than **July 9, 2018**.

Dated this 2nd day of July, 2018.

                                                                                                  GEORGE FOLEY, JR.
                                                                                                  UNITED STATES MAGISTRATE JUDGE