UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CRAIG FRANZE, | Case No. 2:15-cv-01656-LDG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF LAS VEGAS, *et al.*, | |
| Defendants. | |

On February 8, 2016, the Court granted the parties' stipulation to stay litigation for 90 days. *See* ECF No. 36. On May 10, 2016, the Court instructed the parties to file a status report and on May 17, 2016, the parties filed their joint interim status report requesting that the Court issue an amended scheduling order. ECF Nos. 37, 38. On July 20, 2016, Plaintiffs Crazy Horse Too Gentlemen's Club LLC and Mike Galam and Defendants City of Las Vegas Department of Planning, Business Licensing Division and Karen Duddlesten filed their stipulation to dismiss with prejudice. On July 22, 2016, the Court granted their stipulation to dismiss.

On July 2, 2018, the Court instructed he remaining parties to file a joint status report specifying what needs to be completed in this matter or a stipulation and order to dismiss including all remaining parties no later than July 9, 2018. To date, the parties have failed to comply. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a joint status report or a stipulation and order to dismiss no later than **July 25, 2018**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 19th day of July, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1