BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JOHN A. CURTAS
Deputy City Attorney
Nevada Bar No. 1841
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jacurtas@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Crazy Horse Too Gentlemen's Club, LLC, a Nevada limited liability company; Mike Galam, individually; and Craig Franze, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Las Vegas, a political subdivision of the State of Nevada; City of Las Vegas Department of Planning, Business Licensing Division; Karen E. Duddlesten, individually, and in her official capacity as Director of Business Licensing,<br><br>Defendants. | CASE NO. 2:15-cv-01656-LDG-GWF |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that Plaintiff Craig Franze's causes of action against Defendants City of Las Vegas

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

Department of Planning, Business Licensing Division, and Karen E. Duddlesten be dismissed with prejudice; each party to bear their own attorney's fees and costs.

DATED this 25th day of July, 2018.

LAMBROSE BROWN PLLC

By: /s/ William H. Brown
WILLIAM H. BROWN, ESQ.
Nevada Bar No. 7623
330 East Charleston Boulevard, #100
Las Vegas, NV 89104
Attorneys for Plaintiff CRAIG FRANZE

DATED this 25th day of July, 2018.

BRADFORD R. JERBIC
City Attorney

By: /s/ John A. Curtas
JOHN A. CURTAS, ESQ.
Deputy City Attorney
Nevada Bar No. 1841
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

3 Oct 20[18]
DATE